78

**STATE OF MONTANA,**
 **Plaintiff,** **NO. DC-96-11965**
**vs.** **Decision**
**MANUEL F. BEAN,**
 **Defendant.**

On June 19, 2000, the defendant was sentenced to five (5) years in the Montana State Prison.

On November 2, 2000, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Alice Kennedy. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

It is the unanimous decision of the Sentence Review Division that the sentence is amended from five (5) years in the Montana State Prison, to a five (5) year commitment to the Department of Corrections. It is also the Board's recommendation that when the Department of Corrections determines that the defendant is qualified for community corrections placement, that the defendant be considered for placement at the Connections Corrections Program in Butte, Montana.

The reason for the amendment is to conform this sentence to the terms of the original judgment.

Done in open Court this 2nd day of November, 2000.

DATED this 27th day of November, 2000.

Chairman, Hon. Jeffrey H. Langton; Member, Hon. Marge Johnson and Member, Hon. David Cybulski

**STATE OF MONTANA,**